No. 635. TIGNER v. TEXAS. June 3, 1940. *Ante,* p. 141.

No. 714. CUBAN-AMERICAN SUGAR CO. v. UNITED STATES. June 3, 1940. 309 U. S. 681.

No. 808. BAXTER v. EMORY UNIVERSITY ET AL. June 3, 1940. *Ante,* p. 624.

No. 821. WRIGHT v. FIRST JOINT STOCK LAND BANK OF FORT WAYNE ET AL. June 3, 1940. *Ante,* p. 626.

No. 881. OHIO EX REL. JONAK v. WHITE ET AL. June 3, 1940. *Ante,* p. 609.

No. 921. WYNNE ET AL. v. TEXAS. June 3, 1940. *Ante,* p. 610.